The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIEN NGUYET TANG HUYNH,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | CIVIL NO. CV 10-6448-JVS (RNB)<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees under the EAJA in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS (2,800.00) as authorized by 28 U.S.C. §2412(d), be awarded subject to the terms of the above referenced Stipulation.

Dated: July 5, 2011　　　　　_____
　　　　　　　　　　　　　　ROBERT N. BLOCK
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE